NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SERKAN OZEK,                                )
                                           )
          Appellant,                       )
                                           )
v.                                         )        Case No. 2D17-5090
                                           )
MAYA OZEK,                                 )
                                           )
          Appellee.                        )
_____)

Opinion filed January 23, 2019.

Appeal from the Circuit Court for
Hillsborough County; Anne-Leigh Gaylord
Moe, Judge.

Mark F. Baseman of Felix, Felix & Baseman,
Tampa, for Appellant.

Thomas J. Seider and Ceci C. Berman of
Brannock & Humphries, Tampa; and
Philip S. Wartenberg of Allen Dell, P.A.,
Tampa, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, VILLANTI, and SALARIO, JJ., Concur.